**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HEIDI LEARNER,<br><br>                       Plaintiff,<br><br>      vs.<br><br>ALTUS GROUP, LTD., ALTUS GROUP U.S. INC., ARGUS SOFTWARE, INC., AND MICHAEL CLAWAR,<br><br>                  Defendants. | Civil Action No.: 2:26-cv-02991-BRM-JRA<br><br><br><br>**SUPPLEMENTAL DECLARATION OF IAN CARLETON SCHAEFER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, IAN CARLETON SCHAEFER, of full age, make the following supplemental declaration in support of my application for admission *pro hac vice* in this matter:

1.      I previously submitted a declaration dated May 6, 2026, in support of my motion for admission *pro hac vice*. (ECF No. 11).

2.      In accordance with the Court's order dated May 12, 2026 (ECF No. 13), I hereby supplement my application for admission *pro hac vice* with the information of the addresses of the official or office maintaining the roll of the members for each bar of the federal courts to which I am admitted.

3.      I am currently a member in good standing of: (1) the Supreme Court of the United States of America, admitted November 3, 2008, whose roll is maintained by the Clerk of the Supreme Court of the United States, Admissions Office, 1 First Street, NE, Washington, DC 20543; (2) the United States District Court for the Eastern District of New York, admitted August 7, 2007, whose roll is maintained by the Clerk of Court's Office – Attorney Admissions Department, United States District Court, EDNY, 225 Cadman Plaza East, Brooklyn, NY 11201; and (3) the United States District Court for the Southern District of New York, admitted August 7, 2008, whose roll is

maintained by the Clerk of the Court – Attorney Services, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312.

4.      No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

Wherefore, I respectfully apply for the admission to the Bar of this Court *pro hac vice* to act as Defendants' counsel in the above-captioned action. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: May 15, 2026

DENTONS US LLP

By: /s/ *Ian Carleton Schaefer*
Ian Carleton Schaefer, Esq.
ian.schaefer@dentons.com
*Attorneys for Defendants Altus Group
Limited, Altus Group U.S. Inc., ARGUS
Software, Inc., and Michael Clawar*