**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| HEIDI LEARNER,<br><br>                              Plaintiff,<br><br>           vs.<br><br>ALTUS GROUP, LTD., ALTUS GROUP U.S. INC., ARGUS SOFTWARE, INC., AND MICHAEL CLAWAR,<br><br>                              Defendants. | Civil Action No.: 2:26-cv-02991-BRM-JRA<br><br><br>**SUPPLEMENTAL DECLARATION OF KARLA DEL POZO GARCÍA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, KARLA DEL POZO GARCÍA, of full age, make the following declaration in support of my application for admission *pro hac vice* in this matter:

1.      I previously submitted a declaration dated May 6, 2026, in support of my motion for admission *pro hac vice*. (ECF No. 12).

2.      In accordance with the Court's order dated May 12, 2026 (ECF No. 13), I hereby supplement my application for admission *pro hac vice* with the information of the addresses of the official or office maintaining the roll of the members for each bar of the federal courts to which I am admitted.

3.      I am currently a member in good standing of: (1) the United States District Court for the Eastern District of New York, admitted June 24, 2021, whose roll is maintained by the Clerk of Court's Office – Attorney Admissions Department, United States District Court, EDNY, 225 Cadman Plaza East, Brooklyn, NY 11201; (2) the United States District Court for the Southern District of New York, admitted June 9, 2021, whose roll is maintained by the Clerk of the Court – Attorney Services, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312.; and (3) the United States District Court of the Western District of New York,

admitted October 5, 2021, whose roll is maintained by the Clerk of Court, WDNY, US District Court, 2 Niagara Square, Buffalo, NY 14202.

4.      No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

Wherefore, I respectfully apply for the admission to the Bar of this Court *pro hac vice* to act as Defendants' counsel in the above-captioned action. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: May 15, 2026

DENTONS US LLP

By: /s/ *Karla Del Pozo García*
Karla Del Pozo García, Esq.
karla.delpozogarcia@dentons.com
*Attorneys for Defendants Altus Group*
*Limited, Altus Group U.S. Inc., ARGUS*
*Software, Inc., and Michael Clawar*