# THE DWYER LAW FIRM, L.L.C.
### 1180 RAYMOND BLVD., SUITE 29D
### NEWARK, NEW JERSEY 07102
_____

**ANDREW DWYER***

_____

**\*ALSO ADMITTED IN NEW YORK**

**(973) 242-3636**
**FAX (973) 242-3399**
**www.thedwyerlawfirm.com**
_____

**SOUTHERN NEW JERSEY OFFICE**      **PLEASE REPLY TO NEWARK OFFICE**
**129 S. MAIN STREET**
**PLEASANTVILLE, NEW JERSEY 08232**
**(609) 277-7684**
**FAX (609) 867-6820**

**"LAWYERS WORKING FOR WORKING PEOPLE"™**

June 4, 2026

**VIA ECF**

**Error! Reference source not found.**
United States District Court
District of New Jersey
Martin Luther King Federal Building &
        Courthouse Building
50 Walnut Street
Newark, New Jersey 07102

>        **Re:    Heidi Learner v. Altus Group, Ltd., et al.,**
>               **Civil Action No. 26-cv-02991 (BRM) (JRA)**

Dear Magistrate Judge Almonte:

I represent the plaintiff in the above-referenced case, which alleges defendants terminated plaintiff's employment on the basis of age, in violation of the Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq. and the New Jersey Law Against Discrimination, N.J.S.A. 10:5-1 et seq.

A Rule 16 conference is currently scheduled before Your Honor in this case for June 10, 2026.  The parties have conferred in advance of the conference, and in the course of that process the parties agreed it would be productive to enter into a formal mediation.  We have agreed on the selection of a private mediator, and we are now working out mutually acceptable dates available to counsel and the mediator, likely in either July or August.  In the interest of avoiding unnecessary attorney time and driving up fees, counsel for both parties believe it would be best to conduct the mediation before engaging in discovery.

Error! Reference source not found.
**June 4, 2026**
**Page 2 of 2**

       Therefore, the parties are jointly requesting that the Rule 16 conference currently scheduled for June 10th be adjourned until sometime after August, to afford the parties the opportunity to hold the mediation.  We believe this provides the best chance to resolve the case without extensive litigation.

       Thank you for Your Honor's courtesies.

       Respectfully submitted,

       THE DWYER LAW FIRM, L.L.C.

       ***/s/ Andrew Dwyer***

       Andrew Dwyer

Cc:    Erika M. Lopes-McLeman (via ECF; w/encl.)
       Karla Del Pozo García (via ECF; w/encl.)
       Ian Carleton Schaefer (via ECF; w/encl.)

Case 2:26-cv-02991-BRM-JRA    Document 23    Filed 06/04/26    Page 2 of 2 PageID: 163