# THE DWYER LAW FIRM, L.L.C.

**1180 RAYMOND BLVD., SUITE 29D**
**NEWARK, NEW JERSEY 07102**
———

| | |
|---|---|
| **ANDREW DWYER*** | **(973) 242-3636** |
| | **FAX (973) 242-3399** |
| ———— | **www.thedwyerlawfirm.com** |
| | ———— |
| ***ALSO ADMITTED IN NEW YORK** | |

**SOUTHERN NEW JERSEY OFFICE**        **PLEASE REPLY TO NEWARK OFFICE**
**129 S. MAIN STREET**
**PLEASANTVILLE, NEW JERSEY 08232**
**(609) 277-7684**
**FAX (609) 867-6820**

**"LAWYERS WORKING FOR WORKING PEOPLE"™**

June 22, 2026

**VIA ECF**

Hon. Jose R. Almonte, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Federal Building &
        Courthouse Building
50 Walnut Street
Newark, New Jersey 07102

> **Re:    Heidi Learner v. Altus Group, Ltd., et al.,**
> **Civil Action No. 26-cv-02991 (BRM) (JRA)**

Dear Magistrate Judge Almonte:

I represent the plaintiff in the above-referenced case, which alleges defendants terminated plaintiff's employment on the basis of age, in violation of the Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq. and the New Jersey Law Against Discrimination, N.J.S.A. 10:5-1 et seq.

Per the Court's text Order dated June 8, 2026, I am writing to advise Your Honor that the parties have retained as a mediator for the above-referenced case:

Vincent Cino
NAM (National Arbitration and Mediation)
990 Stewart Ave., First Floor
Garden City, NY 111530
(516) 794-8950

**Hon. Jose R. Almonte, U.S.M.J.**
**June 22, 2026**
**Page 2 of 2**


The mediation is scheduled to take place on July 15, 2026, starting at 9:00 a.m. (via Zoom).

Thank you for Your Honor's courtesies.

Respectfully submitted,

THE DWYER LAW FIRM, L.L.C.

*/s/ Andrew Dwyer*

Andrew Dwyer

Cc:    Erika M. Lopes-McLeman (via ECF; w/encl.)
       Karla Del Pozo Garcia (via ECF; w/encl.)
       Ian Carleton Schaefer (via ECF; w/encl.)