# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| HEIDI LEARNER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ALTUS GROUP, LTD., ALTUS GROUP U.S. INC., ARGUS SOFTWARE, INC., and MICHAEL CLAWAR,<br><br>　　　　　Defendants. | Civil Action No.<br><br>26-cv-02991 (BRM) (JRA)<br><br>**MEDIATION REFERRAL ORDER** |

**THIS MATTER** having come before the Court by way of the parties' joint letter dated June 22, 2026 (Dkt. No. 25); and the parties having chosen to pursue private mediation before Vincent Cino; and for good cause shown,

**IT IS** on this day, June 23, 2026, **ORDERED** that:

1. The parties are referred to private mediation before the Vincent Cino.

2. Vincent Cino may be contacted at:

   > NAM (National Arbitration and Mediation)
   > 990 Stewart Ave., First Floor
   > Garden City, NY 111530
   > (516) 794-8950

3. The parties shall complete mediation on or before **July 31, 2026**.

4.  No later than **August 3, 2026**, the parties shall file a joint letter informing the

Court whether this matter has been resolved.

HON. JOSÉ R. ALMONTE
UNITED STATES MAGISTRATE JUDGE