# THE DWYER LAW FIRM, L.L.C.

**1180 RAYMOND BLVD., SUITE 29D**
**NEWARK, NEW JERSEY 07102**
_____

**ANDREW DWYER***            **(973) 242-3636**
                             **FAX (973) 242-3399**
_____                      **www.thedwyerlawfirm.com**
                             _____

**\*ALSO ADMITTED IN NEW YORK**

            **SOUTHERN NEW JERSEY OFFICE**     **PLEASE REPLY TO NEWARK OFFICE**
            **129 S. MAIN STREET**
            **PLEASANTVILLE, NEW JERSEY 08232**
            **(609) 277-7684**
            **FAX (609) 867-6820**

**"LAWYERS WORKING FOR WORKING PEOPLE"™**

August 3, 2026

**VIA ECF**

Hon. Jose R. Almonte, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Federal Building &
        Courthouse Building
50 Walnut Street
Newark, New Jersey 07102

> **Re:   Heidi Learner v. Altus Group, Ltd., et al.,**
>        **Civil Action No. 26-cv-02991 (BRM) (JRA)**

Dear Magistrate Judge Almonte:

I represent the plaintiff in the above-referenced case, which alleges defendants terminated plaintiff's employment on the basis of age, in violation of the Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq. and the New Jersey Law Against Discrimination, N.J.S.A. 10:5-1 et seq.

Per the Court's referral Order dated August 3, 2026, I am writing to advise Your Honor that the parties were unable to resolve the matter at the mediation scheduled on July 15, 2026.

This matter is currently scheduled for a remote Rule 16 conference to occur on August 10, 2026 at 10:00 a.m.  Please find enclosed a proposed Joint Proposed Discovery Plan submitted on behalf of all parties.

**Hon. Jose R. Almonte, U.S.M.J.**
**August 3, 2026**
**Page 2 of 2**

Thank you for Your Honor's courtesies.

Respectfully submitted,

THE DWYER LAW FIRM, L.L.C.

*/s/ Andrew Dwyer*

Andrew Dwyer

Cc:    Erika M. Lopes-McLeman (via ECF; w/encl.)
       Karla Del Pozo Garcia (via ECF; w/encl.)
       Ian Carleton Schaefer (via ECF; w/encl.)