DENTONS

**Erika Marie Lopes-McLeman**
Partner

erika.lopes-mcleman@dentons.com
D +1 973-912-7100

Dentons US LLP
101 JFK Parkway, 4th Floor
Short Hills, New Jersey 07078
United States
dentons.com

August 24, 2026

**VIA ECF**

Hon. Jose R. Almonte, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Federal Building & Courthouse Building
50 Walnut Street
Newark, New Jersey 07102

**Re: Heidi Learner v. Altus Group, Ltd., et al., Civil Action No. 26-cv-02991 (BRM) (JRA)**

Dear Judge Almonte:

The parties submit this joint letter pursuant to the Court's August 10, 2026 Text Order (Dkt. No. 29), which directed the parties to meet and confer regarding the calculation of Plaintiff's total compensation and to file a joint letter indicating whether the parties have reached an agreement on the relevant compensation calculations.

In accordance with the Court's directive, the parties met and conferred and have reached agreement regarding Plaintiff Heidi Learner's base salary at the time of her termination, which reflects the figure represented by Defendants during the August 10, 2026 conference. The parties have also reached agreement on Plaintiff's last cash bonus.

The parties continue to meet and confer regarding the remaining components of Plaintiff's total compensation and will update the Court as directed.

By: *<u>/s/ Andrew Dwyer</u>*
Andrew Dwyer
The Dwyer Law Firm, L.L.C.
1180 Raymond Blvd., Suite 29A
Newark, New Jersey 07102
Telephone: (973) 242-3636
Email: andy@thedwyerlawfirm.com
Attorneys for the Plaintiff

By: *<u>/s/ Erika M. Lopes-McLeman</u>*
Erika M. Lopes-McLeman
Dentons US LLP
101 JFK Parkway 4th Floor
Short Hills, New Jersey 07078
Telephone: (973) 912-7100
Email:erika.lopes-mcleman@dentons.com
Attorneys for Defendants