# THE DWYER LAW FIRM, L.L.C.

1180 RAYMOND BLVD., SUITE 29D
NEWARK, NEW JERSEY 07102

ANDREW DWYER*

(973) 242-3636
FAX (973) 242-3399
www.thedwyerlawfirm.com

*ALSO ADMITTED IN NEW YORK

SOUTHERN NEW JERSEY OFFICE
129 S. MAIN STREET
PLEASANTVILLE, NEW JERSEY 08232
(609) 277-7684
FAX (609) 867-6820

PLEASE REPLY TO NEWARK OFFICE


"LAWYERS WORKING FOR WORKING PEOPLE"™

September 18, 2026

**VIA ECF**

Hon. Jose R. Almonte, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Federal Building &
Courthouse Building
50 Walnut Street
Newark, New Jersey 07102

**Re: Heidi Learner v. Altus Group, Ltd., et al.,**
**Civil Action No. 26-cv-02991 (BRM) (JRA)**

Dear Magistrate Judge Almonte:

The parties submit this joint letter pursuant to the Court's September 14, 2026, Text Order, which directed the parties to file a joint letter no later than September 18, 2026, indicating whether they have reached an agreement as to Plaintiff's total compensation package. (Dkt. No. 31).

The parties have made meaningful progress toward resolving all issues related to Plaintiff's total compensation package and have narrowed the remaining items to two discrete issues: (1) the employer match for Plaintiff's 401(k) plan, and (2) the employer contribution to Plaintiff's health benefits.

In light of this progress and the limited scope of the remaining issues, the parties respectfully request that the Court grant a seven (7) day extension, through and including September 25, 2026, to continue their discussions and to file an updated joint letter advising the Court whether a full agreement has been reached.

Thank you for Your Honor's courtesies.

| | |
|---|---|
| By: /s/ Andrew Dwyer<br>Andrew Dwyer<br>The Dwyer Law Firm, L.L.C.<br>1180 Raymond Blvd., Suite 29D<br>Newark, New Jersey 07102<br>Telephone: (973) 242-3636<br>Email: andy@thedwyerlawfirm.com<br>Attorneys for the Plaintiff | By: /s/ Erika M. Lopes-McLeman<br>Erika M. Lopes-McLeman<br>Dentons US LLP<br>101 JFK Parkway 4th Floor<br>Short Hills, New Jersey 07078<br>Telephone: (973) 912-7100<br>Email:erika.lopes-mcleman@dentons.com<br>Attorneys for Defendants |