John K. Bennett, Esq. (Bar ID# 024201980)
Janine Dayeh, Esq. (Bar ID# 405182022)
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, NJ 07922
(908) 795-5200
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HEIDI LEARNER,<br><br>Plaintiff,<br><br>vs.<br><br>ALTUS GROUP, LTD.,<br>ALTUS GROUP U.S. INC.,<br>ARGUS SOFTWARE, INC., and<br>MICHAEL CLAWAR,<br><br>Defendants. | Civil No. 2:26-cv-02991-BRM-JRA<br>Hon. Brian R. Martinotti, U.S.D.J<br>Hon. Jose R. Almonte, U.S.M.J.<br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned counsel hereby consent to the substitution of John K. Bennett, Esq., and Janine Dayeh, Esq. of the law firm of Jackson Lewis, P.C., for Erika M. Lopes-McLeman, Esq., Ian Carleton Schaefer, Esq., and Karla Del Pozo García, Esq. of Dentons US LLP, as counsel for Defendants, Altus Group Limited i/s/h/a Altus Group, LTD., Altus Group U.S. Inc., Argus Software, Inc., and Michael Clawar, in this action.

**DENTONS US LLP**
101 JFK Parkway, 4th Floor
Short Hills, New Jersey 07078
(973) 912-7100

**BY:** */s/Erika M. Lopes-McLeman*
**ERIKA M. LOPES-McLEMAN**
Withdrawing Attorney

**BY:** */s/Ian Carleton Schaefer*
**IAN CARLETON SCHAEFER**
Withdrawing Attorney

**BY:** */s/ Karla Del Pozo García*
**KARLA DEL POZO GARCÍA**
Withdrawing Attorney

Dated: September 21, 2026

**JACKSON LEWIS P.C.**
200 Connell Drive, Suite 2000
Berkeley Heights, NJ 07922
(908) 795-5200

**BY:** [signature]
**JOHN K. BENNETT**
Superseding Attorney

**BY:** */s/Janine Dayeh*
**JANINE DAYEH**
Superseding Attorney

Dated: September 22, 2026