JacksonLewis

Jackson Lewis P.C.
200 Connell Drive, Suite 2000
Berkeley Heights NJ 07922
(908) 795-5200 Main
(908) 464-2614 Fax
jacksonlewis.com
Jason C. Gavejian – Managing Principal

JOHN K. BENNETT
Email: John.Bennett@jacksonlewis.com

**SO ORDERED.**

Hon. José R. Almonte, U.S.M.J.
Date: September 28, 2026

September 25, 2026

**VIA ECF FILING**
Hon. José R. Almonte, U.S.M.J.
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

Re: Heidi Learner v. Altus Group, Ltd., et al.
Civil Action No. 2:26-cv-02991-BRM-JRA

Dear Judge Almonte:

This week our Firm has been substituted in to represent the Defendants, Altus Group, Limited i/s/h/a Altus Group, LTD, Altus Group U.S. Inc., Argus Software, Inc., and Michael Clawar in the above-captioned employment-related matter.

We do not yet have the file materials to review. The withdrawing law firm has sent the file materials electronically to the client, Altus Group, which is in the process of sending them to us electronically. Presently, we have only the documents available on the U.S. District Court pacer system.

As a result, we respectfully request that the Court allow Defendants additional time for the more immediate deliverables, including compliance with the Court's Letter Order filed 9/21/2026 requiring "the parties to continue their discussions and file an updated joint letter" by today, 9/25/2026 (ECF Doc. 33), and responding to requests for production of documents and interrogatories pursuant to Section III (Discovery), paragraph 4, of the Court's Pretrial Scheduling Order filed 8/10/2026 (ECF Doc. 28).

On behalf of the Defendants, we respectfully request that both of those deadlines be extended to and including Thursday, October 15, 2026. If approved by the Court, we will work with Plaintiff's counsel on a proposed amended scheduling order to submit to the Court.

We have shared this letter with plaintiff's counsel, who has consented to its submission to the Court.

We thank Your Honor for the Court's attention and consideration.

Respectfully submitted,

JACKSON LEWIS P.C.

John K. Bennett

cc: Andrew Dwyer, Esq. (via ECF)
Janine Dayeh, Esq (via ECF)