JacksonLewis

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
200 Connell Drive
Suite 2000
Berkeley Heights NJ 07922
Tel 908 795-5200
Fax 908 464-2614
www.jacksonlewis.com
Jason C. Gavejian - Managing Principal

ALBANY, NY
ALBUQUERQUE, NM
ATLANTA, GA
AUSTIN, TX
BALTIMORE, MD
BERKELEY HEIGHTS, NJ
BIRMINGHAM, AL
BOSTON, MA
CHARLOTTE, NC
CHICAGO, IL
CINCINNATI, OH
CLEVELAND, OH
DALLAS, TX
DAYTON, OH
DENVER, CO
DETROIT, MI
GRAND RAPIDS, MI
GREENVILLE, SC
HARTFORD, CT
HOUSTON, TX
INDIANAPOLIS, IN
JACKSONVILLE, FL
KANSAS CITY REGION
LAS VEGAS, NV
LONG ISLAND, NY
LOS ANGELES, CA
LOUISVILLE, KY
MADISON, WI
MIAMI, FL
MINNEAPOLIS, MN
NASHVILLE, TN
NEW ORLEANS, LA
NEW YORK, NY
NORFOLK, VA
OMAHA, NE
ORANGE COUNTY, CA
ORLANDO, FL
OVERLAND PARK, KS
PHILADELPHIA, PA
PHOENIX, AZ
PITTSBURGH, PA
PORTLAND, OR
PORTSMOUTH, NH
PROVIDENCE, RI
RALEIGH, NC
RICHMOND, VA
RIVERSIDE, CA
SACRAMENTO, CA
SALT LAKE CITY, UT
SAN DIEGO, CA
SAN FRANCISCO, CA
SEATTLE, WA
SILICON VALLEY, CA
SIOUX FALLS, SD
ST. LOUIS, MO
TAMPA, FL
WASHINGTON DC REGION
WHITE PLAINS, NY

JOHN K. BENNETT
Email: John.Bennett@jacksonlewis.com

October 15, 2026

**VIA ECF FILING**
Hon. José R. Almonte, U.S.M.J.
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

Re: Heidi Learner v. Altus Group, Ltd., et al.
Civil Action No. 2:26-cv-02991-BRM-JRA

Dear Judge Almonte:

This Firm represents the Defendants, Altus Group, Limited i/s/h/a Altus Group, LTD, Altus Group U.S. Inc., Argus Software, Inc., and Michael Clawar in the above-captioned employment-related matter.

We are writing to update the Court, pursuant to the Court's Letter Order filed 9/21/2026 requiring "the parties to continue their discussions and file an updated joint letter" (ECF Doc. 33), the time for which the Court extended to today (ECF Doc. 37, filed 9/28/2026).

As stated in our initial correspondence with the Court, dated September 24, 2026, we have recently been substituted in to represent the Defendants, and we have been reviewing our clients' materials that have been sent to us. Those materials include some documents regarding the 401K and health/dental benefits provided to Plaintiff by her former employer, which are the subjects of our continuing discussions with Plaintiff's counsel, Andrew Dwyer, Esq., We will be producing those and other responsive documents to Plaintiff's counsel today.

Yesterday afternoon, Plaintiff's counsel sent us an e-mail message explaining Plaintiff's position regarding the amount of the employer 401K contributions and the amount that the employer paid for health and dental benefits premiums. Plaintiff's counsel's email message attached several documents reflecting the numbers that Plaintiff believes are relevant to those subjects.

Shortly after receiving Plaintiff's counsel's email message and attachments yesterday afternoon, Plaintiff's counsel and I met and conferred by phone, and we discussed Plaintiff's counsel's email narrative and the attachments.

Following that meet-and-confer call yesterday afternoon, I forwarded to our client Plaintiff's counsel's e-mail message and attachments, and asked our client to review them and let me know when they are ready to discuss them. I would expect to be able to have that discussion with our client in a few days.

We have shared this letter with Plaintiff's counsel, who does not object to its submission to the Court.

We thank Your Honor for the Court's attention and consideration.

Respectfully submitted,

JACKSON LEWIS P.C.

John K. Bennett

cc: Andrew Dwyer, Esq. (via ECF)
Janine Dayeh, Esq. (via ECF)

4918-0044-5657, v. 1